**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PATRICK, IGWE BROWN                                                                                          PLAINTIFF

V.                                            4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                                      DEFENDANTS

**ORDER**

By Order dated September 10, 2010 (Doc. No. 11), this Court granted Plaintiff's Motion to Proceed In Forma Pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed Plaintiff to submit an Amended Complaint within 30 days. Plaintiff has now submitted an Amended Complaint (Doc. No. 13). Having reviewed the Amended Complaint, the Court finds service appropriate with respect to Plaintiff's deliberate indifference allegations against Defendants Slaughter and Flowers. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for Defendants Amy Slaughter and Jailer Flowers. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 13) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 1st day of October, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE