**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PATRICK IGWE BROWN                                                    PLAINTIFF

v.                              4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                            DEFENDANTS

**ORDER**

On October 27, 2010, Defendants filed their Answer (Doc. No. 24) to Plaintiff's Amended Complaint, asserting several affirmative defenses. This matter is ready to be scheduled for trial. If Defendants intend to rely on the defenses mentioned in their Answer, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 24th day of February, 2011.

                                                                         JEROME T. KEARNEY
                                                                UNITED STATES MAGISTRATE JUDGE