**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PATRICK IGWE BROWN                                                                                      PLAINTIFF

v.                                            4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                                  DEFENDANTS

## ORDER

Plaintiff shall file a Response to Defendants' Motion to Compel (Doc. No. 37) within ten days of the date of this Order. Failure to respond to this Order shall result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 9th day of June, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE