# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

PATRICK IGWE BROWN,                                                                    PLAINTIFF
ADC ##6004

v.                                    4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                  DEFENDANTS

## ORDER

This matter is before the Court on Defendants' Motion to Compel (Doc. No. 37). Plaintiff filed Responses to the Motion (Doc. Nos. 45, 46).

In their Motion, Defendants state Plaintiff has not responded to their discovery requests. Plaintiff responds by stating he did not receive their Motion, but that he has assembled the information they requested. In an additional Notice to the Court (Doc. No. 46), Plaintiff filed his responses to Defendants' discovery requests. In light of such, the Court finds that Defendants' Motion is now moot. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion to Compel (Doc. No. 37) is DENIED as moot.

IT IS SO ORDERED this 1st day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE