IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICK IGWE BROWN**                                                      **PLAINTIFF**

V.                              CASE NO.  4:10CV01102 JMM

**AMY SLAUGHTER, ET AL.**                                                **DEFENDANTS**

### ORDER

The Clerk of the Court is directed to mail Plaintiff a copy of the Magistrate Judge's October 3, 2011 Partial Report and Recommendation (#59) on the pending Motions for Summary Judgment to his new address at 890 Freeline Drive, Pine Bluff, AR, 71603.

Plaintiff shall have up to, and including, November 2, 2011, to file any objections that he may have to the Magistrate Judge's report and recommendation.

IT IS SO ORDERED THIS   20   day of   October  , 2011.

_____
James M. Moody
United States District Judge