# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PATRICK, IGWE BROWN                                                                                PLAINTIFF

V.                                           4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Pollock and Johnson are DISMISSED from Plaintiff's Complaint for failure to state a claim.

IT IS FURTHER ORDERED that Plaintiff's allegations concerning the Jail grievance procedure and the lack of legal information are DISMISSED for failure to state a claim.

IT IS SO ORDERED this  7  day of  November, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE