IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK IGWE BROWN,
ADC #116384                                                                                           PLAINTIFF

v.                                          4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                                DEFENDANTS

## AMENDED ORDER[1]

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the Motions for Summary Judgment filed by Defendants Slaughter and Flowers (Doc. Nos. 54, 57) are GRANTED in part, with respect to Plaintiff's claims against them in their official capacities.

IT IS FURTHER ORDERED that the Motions for Summary Judgment filed by Defendants Slaughter and Flowers (Doc. Nos. 54, 57) are DENIED in all other respects.

IT IS SO ORDERED this  8  day of November, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's Order of November 7, 2011 (#68) is withdrawn.