**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PATRICK IGWE BROWN                                                                            PLAINTIFF

v.                                    4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                    DEFENDANTS

**ORDER**

This matter is set for an Evidentiary Hearing on March 7, 2012. Plaintiff has submitted a witness list, asking that a Dr. Luwellen in Dumas, Arkansas, be subpoenaed to testify at the hearing. However, Plaintiff does not indicate when he was treated by this physician, or what the expected testimony of the physician will be. Therefore, Plaintiff is directed to file a supplement to his witness list, within seven days of the date of this Order, clarifying when he was treated by Dr. Luwellen and including a summary of his expected testimony.

IT IS SO ORDERED this 17th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE