IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK IGWE BROWN                                                                                      PLAINTIFF

v.                                              4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                                 DEFENDANTS

**ORDER**

By Order dated April 5, 2012, this Court directed the ADC to ensure the attendance of two inmate witnesses for the Evidentiary Hearing scheduled in this matter on April 24, 2012 (Doc. No. 87). The ADC has contacted the Court stating that requested witness Kenneth Osburn is no longer incarcerated there, and has been transferred to the Ashley County Jail. Therefore, the Ashley County Defendants are hereby directed to ensure the attendance of inmate Kenneth Osburn at the April 24, 2012 Evidentiary Hearing.

The Clerk of the Court is directed to forward a copy of this Order to the ADC Central Transportation/Medical Services, 6814 Princeton Pike, Pine Bluff, AR 71602, and to the Ashley County Jail, 842 Ashley 12 West, Hamburg, AR 71646.

IT IS SO ORDERED this 17th day of April, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE