**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PATRICK IGWE BROWN                                                                        PLAINTIFF

v.                                         4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                   DEFENDANTS

## ORDER

    Defendants' Motion for Costs and to Stay Proceeding, or in the Alternative, to allow

Testimony by Telephone (Doc. No. 91) is GRANTED IN PART, with respect to the request for

telephone testimony, and DENIED in all other respects.

    IT IS SO ORDERED this 24th day of April, 2012.

_____
    JEROME T. KEARNEY
    UNITED STATES MAGISTRATE JUDGE