IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PATRICK BROWN                                                                                              PLAINTIFF

4:10-cv-01102-JMM-JTK

JOSE POLLOCK, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this  17  day of  May , 2012.


_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE